UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MARK HANNA | CIVIL ACTION NO. 20-0020 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the objections (Record Document 65) thereto, and after an independent review of the record, having determined that the findings and recommendation of the Magistrate Judge are correct under the applicable law and deferring to the opportunity of the Magistrate Judge to judge the credibility of the witnesses;

**IT IS ORDERED** that the Motion to Dismiss for Lack of Jurisdiction (Record Document 24) shall be **GRANTED. IT IS FURTHER ORDERED** that Plaintiff's Motion for Rule 60(b) Relief (Record Document 37) shall be **DENIED.**

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 28th day of September, 2020.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT